No. 02–48. Kevorkian v. Michigan. Ct. App. Mich. Certiorari denied.

No. 02–49. Lewin v. Cooke et al. C. A. 4th Cir. Certiorari denied.

No. 02–51. Lincoln v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–52. Consolidation Coal Co. et al. v. C. L. Ritter Lumber Co., Inc., et al. C. A. 4th Cir. Certiorari denied.

No. 02–53. Caricofe et vir, Personal Representatives of the Estate of Caricofe v. Mayor and City Council of Ocean City, Maryland, et al. C. A. 4th Cir. Certiorari denied.

No. 02–55. Dennis et ux. v. City of Easton et al. Commw. Ct. Pa. Certiorari denied.

No. 02–56. DeMauro v. DeMauro. Sup. Ct. N. H. Certiorari denied.

No. 02–57. King et ux. v. Merrill Lynch Credit Corp. et al. C. A. 3d Cir. Certiorari denied.

No. 02–59. Cheshire v. Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied.

No. 02–60. Dahlstrom v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–62. Parsons v. Pond et al. C. A. 2d Cir. Certiorari denied.

No. 02–63. Johnson v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–65. Green Spring Health Services, Inc., et al. v. Pennsylvania Psychiatric Society. C. A. 3d Cir. Certiorari denied.